CASE SEALED: X   UNSEALED: __
CASE NO: _____

# SEALED

**PERSONAL DATA SHEET**
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

USAO #: 2104R18978

COUNTY: BEXAR          DIVISION: SAN ANTONIO          JUDGE: _____

DATE: NOVEMBER 5, 2014          MAG.CT.#: NONE          FBI #: __

ASSISTANT U.S. ATTORNEY: RUSSELL D. LEACHMAN          DEF. D.O.B.: [REDACTED]

DEFENDANT NAME: ANTONIO YAHUACA   (8)          DEF. SSN: _

DEFENDANT'S A/K/A'S: NONE          Male X  Female ___

DEFENDANT'S ADDRESS: _____

CITIZENSHIP:   United States: X   Mexican ___   Other: _____

INTERPRETER NEEDED:   YES: ___   NO: X          Language: _____

DEFENSE ATTORNEY'S NAME: NONE YET
          Employed: ___   Appointed: ___
DEFENSE ATTORNEY'S ADDRESS: _____

DEFENDANT IS: In Jail: YES   Where: GEO Group, Inc. (Federal Bond Violation)
        Writ Attached: N/A   On Bond: NO  Amount of Bond: DETAINED   SID# _____
        AUSA Bond Recommendation: DETAIN WITHOUT BOND

DATE OF ARREST: _____   TO BE ARRESTED: X   BENCH WARRANT NEEDED: YES
PROBATION OFFICER: _____          NAME & ADDRESS OF SURETY: _____

PROSECUTION BY:   X  INDICTMENT   ___ INFORMATION

OFFENSE: COUNT 1: 21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A)- Conspiracy to Possess a Controlled Substance With Intent to Distribute (over one thousand kilograms of marijuana); COUNT 2: 21 U.S.C. §§ 963, 952(a) & 960(a)(1) & 960(b)(1)(H) - Conspiracy to Import a Controlled Substance (over one thousand kilograms of marijuana); COUNT 7: 18 U.S.C. §§ 1956(a)(1)(A)(i) & (ii) and 1956(h)-Laundering of Monetary Instruments;

OFFENSE IS:   FELONY X   CLASS A MISDEMEANOR _____   CLASS B/C PETTY OFFENSE _____

MAXIMUM SENTENCE: COUNTS 1, & 2 (EACH COUNT): 10 years-life imprisonment; Maximum $10,000,000 fine; Minimum 5 years supervised release; $100 mandatory special assessment. Count 7: 20 years imprisonment; Fine Greater of $500,000 or twice value of property involved; Maximum 3 years supervised release; $100 mandatory special assessment.

AGENT/AGENCY: DENISE STONE/DEA   MANDATORY PENALTY: Yes: X  No: __ As to special assessment only.

REMARKS: Revised form as of 03/20/2014                                          ns